**Appeal Dismissed and Memorandum Opinion filed June 23, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00268-CR**

---

**PHILLIP JAMES MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1360768A**

---

## MEMORANDUM OPINION

Appellant filed a pro se notice of appeal complaining of the trial court's findings of fact and conclusions of law, signed March 23, 2022.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.--Fort Worth 1996, no pet.). The record before this contains no final judgment of conviction or other appealable order. Because this

appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

On May 16, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction within 21 days. No response has been filed.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b)